# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LEANN WILLIAMS an individual; ROBERT WILLIAMS, an individual,**<br><br>Plaintiffs,<br><br>vs.<br><br>**MERCEDES-BENZ USA, LLC, AND DOES 1 THROUGH 10, INCLUSIVE,**<br><br>Defendants. | Case No.: 19-cv-00490-DSF-KK<br><br>[Removed from Riverside Superior Court, Case No.: RIC1901482]<br><br>**JUDGMENT** |

Pursuant to Federal Rules of Civil Procedure, Rule 68 and the Notice of Acceptance (Dkt. 24) filed on October 15, 2019, IT IS ADJUDGED THAT:

1. Mercedes-Benz USA, LLC (MBUSA) shall pay Plaintiffs the sum of $80,000.00 in exchange for the return of the 2016 Mercedes-Benz SLK300 VIN WDDPK3JA4GF117241 (Subject Vehicle). From this amount MBUSA will pay the lienholder the total financial obligation for the

365.437.MM - 00440591.DOC

Subject Vehicle. The deducted amount will be paid by Mercedes-Benz USA, LLC to the lienholder of the Subject Vehicle.

2. Plaintiffs shall return the Subject Vehicle on a mutually agreeable date to a mutually agreeable Southern California authorized Mercedes-Benz dealership, and shall on the same date execute the California Department of Motor Vehicle Forms including DMV form 262 necessary to transfer title of the Subject Vehicle to MBUSA free and clear of all liens and encumbrances (other than the lender's or lessor's interest in the Subject Vehicle).

3. Mercedes-Benz USA, LLC shall pay Plaintiff's reasonable attorney's fees, costs and expenses pursuant to Civil Code § 1794(d).

IT IS SO ORDERED.
Date: November 21, 2019

*/s/ Dale S. Fischer*

Dale S. Fischer
United States District Judge